

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-22-00716-CR

**EX PARTE** George **TROTTI**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7385-W2
Honorable Ron Rangel, Judge Presiding

# O R D E R

On December 7, 2022, we ordered the trial court to supplement the record with a Rule 25.2 certification of Appellant's right to appeal. *See* TEX. R. APP. P. 25.2(d).

On December 9, 2022, a supplemental clerk's record was filed with a certification verifying that "this criminal case . . . is not a plea-bargain case, and the defendant has the right of appeal."

We reinstate the appellate timetable. Appellant now has the opportunity to brief his issue. *See* TEX. R. APP. P. 31.1(b). Appellant's brief is due within thirty days of this order. Appellee's brief will be due thirty days after Appellant's brief has been filed. Appellant's reply brief will be due twenty days after Appellee's brief is filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court